1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK E. CULLERS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 3721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 1:93-CR-05224 LJO
12 |                    Plaintiff,    | **ORDER DISMISSING INDICTMENT AS TO DEFENDANT**
13 |             v.                   | **ENRIQUE OCHOA**
14 | ENRIQUE OCHOA, et al.,           |
15 |                    Defendant.    |

16

17     For the reasons set forth in the motion to dismiss filed by the United States, the Indictment

18 against defendant **ENRIQUE OCHOA** is hereby DISMISSED and any outstanding arrest warrant is

19 recalled.

20

21

22 IT IS SO ORDERED.

23     Dated:   **August 19, 2013**              /s/ Lawrence J. O'Neill
24                                              UNITED STATES DISTRICT JUDGE

1